# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 22-cv-615-JLB-KCD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY G. MORROW, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff United States of America and Defendant Larry G. Morrow submit the following Joint Status Report pursuant to the Court's January 17, 2023 Order. ECF No. 24.

On April 7, the parties conferred on the next steps in this case in light of the Supreme Court's decision in *Bittner v. United States*, 143 S. Ct. 713 (2023), which will require the United States to amend its initial complaint.  The parties also discussed the possibility of settlement.

The parties request that the Court lift the stay and grant the United States twenty-one (21) days from the entry of that order to amend the initial complaint. The parties further request that the Court grant Mr. Morrow twenty-one (21) days to answer or otherwise respond to the amended complaint.

1

The requested timing will allow the United States to properly amend its initial complaint consistent with Supreme Court's decision in *Bittner*.  It will also allow the parties to continue to move forward with their settlement discussions.

If the Court requires, the parties will submit a joint motion reflecting the above request.

Dated:  April 14, 2023

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Chase A. Burrell*
CHASE A. BURRELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-514-5915 (t)
202-514-4963 (f)
Chase.Burrell@usdoj.gov

Of counsel:
Roger B. Handberg
United States Attorney
Middle District of Florida

*Attorney for the United States of America*

*/s/ Christopher G. Price*
Christopher G. Price
Florida Bar No.: 0014622
Michael A. Gabeau
Florida Bar No.: 1025405
Sarrett Price PA
999 Vanderbilt Beach Road, Ste. 200
Naples, FL 34108
Telephone: (239) 325-3350
Fax: (239) 561-3276

*Attorneys for Defendant/Counter Claimant Larry G. Morrow*

## CERTIFICATE OF COMPLIANCE

I certify that this Notice of Designation of Lead Counsel was typed in 14-point Times New Roman font in compliance with Local Rule 1.08(b).

*/s Chase A. Burrell*
Chase A. Burrell
Trial Attorney, Tax Division
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I certify that that on April 14, 2023, a true and correct copy of the foregoing

was filed electronically through the Court's CM/ECF filing system.

*/s Chase A. Burrell*
Chase A. Burrell
Trial Attorney, Tax Division
U.S. Department of Justice